GIGI M. KNUDTSON (SBN 114993)
MAUREEN E. NUTTER (SBN 191951)
**LANAHAN & REILLEY LLP**
Attorneys at Law
1620 Lead Hill Blvd., Suite 100
Roseville, California  95661
Telephone:  (916) 797-4300
Facsimile:   (916) 797-7404

Attorneys for Plaintiffs THERESA LOPEZ, a minor,
by her next friend and Parent, Catina Thomas; and
KENDRA HARRIS, a minor, by her next friend and Parent,
TASHA DAVIS-INGRAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOPEZ, by her next friend and Parent, CATINA THOMAS, and KENDRA HARRIS, a minor, by her next friend and Parent, TASHA DAVIS-INGRAM, <br><br> Plaintiffs, <br><br> v. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; ETHEL PHILLIPS ELEMENTARY SCHOOL; MARY GREESON, individually and in her official capacity as School Principal; ANTONIO MEDRANO, individually and in his official capacity as School Vice Principal, <br><br> Defendants. | **CASE NO.:  2:05-CV-02533-DFL-KJM** <br><br><br><br><br> **SUBSTITUTION OF ATTORNEY** |

TASHA DAVIS-INGRAM, on behalf of Kendra Harris  ý Plaintiff  ¨ Defendant  ý Other a minor
*Name of Party*

hereby substitutes Maureen E. Nutter of KNUDTSON & NUTTER LLP                     who is

ý Retained Counsel  ¨ Court Appointed Counsel  ¨ Pro Pre 1620 Lead Hill Blvd., Suite 100,
                                                                              *Street Address*

Roseville, California  95661          (916) 797-4300          (916) 797-7404          191951
*City, State, Zip Code*              *Telephone Number*        *Facsimile Number*      *State Bar Number*

as attorney of record in place and stead of LANAHAN & REILLEY LLP
                                            *Present Attorney*

Dated:  1/20/06                    /S/ (as authorized on 1/20/06)
                                   *Signature of Party*
                                   TASHA DAVIS-INGRAM
============================================================

- 1 -
**SUBSTITUTION OF ATTORNEY**

PDF created with pdfFactory trial version www.pdffactory.com

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 1/27/06                                         */S/ (as authorized on 1/27/06)*
                                                       *Signature of Present Attorney*
                                                       DANIEL J. LANAHAN

========================================================================

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated: 2/7/06                                          */S/ (as authorized on 2/7/06)*
                                                       *Signature of New Attorney*
                                                       MAUREEN E. NUTTER

========================================================================

**Substitution of Attorney is hereby approved.**

Dated:  2/14/2006                                      /s/ David  F. Levi
                                                       **United States District Judge/Magistrate Judge**

- 2 -
**SUBSTITUTION OF ATTORNEY**

PDF created with pdfFactory trial version www.pdffactory.com