GIGI M. KNUDTSON (SBN 114993)
MAUREEN E. NUTTER (SBN 191951)
**LANAHAN & REILLEY LLP**
Attorneys at Law
1620 Lead Hill Blvd., Suite 100
Roseville, California 95661
Telephone: (916) 797-4300
Facsimile: (916) 797-7404

Attorneys for Plaintiffs THERESA LOPEZ, a minor,
by her next friend and Parent, Catina Thomas; and
KENDRA HARRIS, a minor, by her next friend and Parent,
TASHA DAVIS-INGRAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LOPEZ, by her next friend and Parent, CATINA THOMAS, and KENDRA HARRIS, a minor, by her next friend and Parent, TASHA DAVIS-INGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; ETHEL PHILLIPS ELEMENTARY SCHOOL; MARY GREESON, individually and in her official capacity as School Principal; ANTONIO MEDRANO, individually and in his official capacity as School Vice Principal,<br><br>Defendants. | **CASE NO.: 2:05-CV-02533-DFL-KJM**<br><br><br><br>**SUBSTITUTION OF ATTORNEY** |

<u>CATINA THOMAS, on behalf of Theresa Lopez</u>  ý Plaintiff  ¨ Defendant  ý Other <u>a minor</u>
*Name of Party*

hereby substitutes <u>Maureen E. Nutter of KNUDTSON & NUTTER LLP                    </u> who is

ý Retained Counsel  ¨ Court Appointed Counsel  ¨ Pro Pre <u>1620 Lead Hill Blvd., Suite 100,  </u>
*Street Address*

<u>Roseville, California 95661  </u>   <u>(916) 797-4300  </u>   <u>(916) 797-7404  </u>   <u>191951       </u>
*City, State, Zip Code*          *Telephone Number*      *Facsimile Number*       *State Bar Number*

as attorney of record in place and stead of <u>LANAHAN & REILLEY LLP                      </u>
*Present Attorney*

Dated: <u>12/30/05    </u>           <u>/S/ (as authorized on 12/30/05)           </u>
                                *Signature of Party*
                                CATINA THOMAS
=====================================================================

- 1 -
**SUBSTITUTION OF ATTORNEY**

PDF created with pdfFactory trial version www.pdffactory.com

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated:  1/18/06                                          */S/ (as authorized on 1/18/06)*
                                                                                  *Signature of Present Attorney*
                                                                                  DANIEL J. LANAHAN

==============================================================================

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated:  1/19/06                                          */S/ (as authorized on 1/19/06)*
                                                                                  *Signature of New Attorney*
                                                                                  MAUREEN E. NUTTER

==============================================================================

**Substitution of Attorney is hereby approved**.

Dated:  2/14/2006                              /s/ David F. Levi
                                                             **United States District Judge/Magistrate Judge**

- 2 -
**SUBSTITUTION OF ATTORNEY**

PDF created with pdfFactory trial version www.pdffactory.com