MICHAEL A. LAURENSON (SBN 190023)
MARK S. POSARD (SBN 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054

Attorneys For Defendant
SACRAMENTO CITY UNIFIED
SCHOOL DISTRICT, MARY GREESON and
ANTONIO MEDRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THERESA LOPEZ, *et al.*, | CASE NO. 2:05-CV-02533-DFL-KJM |
|---|---|
| Plaintiffs, | **STIPULATION & ORDER RE: JOINT STATUS REPORT AND PRETRIAL SCHEDULING CONFERENCE** |
| vs. | |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, *et al.* | |
| Defendants. | |

WHEREAS counsel are in the process of meeting and conferring about the Complaint in order to avoid unnecessary discovery and motion practice; and,

WHEREAS based on said meet and confer efforts plaintiffs and defendants are actively engaged in settlement negotiations (and defendants made an FRCP Rule 68 Offer to plaintiffs); and,

WHEREAS the Court has not yet issued a Pretrial Scheduling Order and both parties respectfully seek time before such issuance and before FRCP Rule 26 disclosures are required, to continue settlement negotiations and ADR;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their attorneys, that both parties shall not be required to prepare a Joint Status Report or participate in FRCP Rule 26 to enable both parties to continue settlement efforts.

-1-
STIPULATION & ORDER -- 2:05-CV-02533-DFL-KJM

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  March 6, 2006 | KNUDTSON & NUTTER, LLP |
| | By: /s/  Gigi Knudtson<br>GIGI KNUDTSON<br>Attorneys for Plaintiffs |
| Dated:  March 6, 2006 | GORDON & REES, LLP |
| | By: /s/  Mark S. Posard<br>MARK S. POSARD<br>Attorneys for Defendants<br>SACRAMENTO CITY UNIFIED<br>SCHOOL DISTRICT, MARY GREESON and<br>ANTONIO MEDRANO |

Good cause appearing therefore based on the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. The parties shall have until June 1, 2006 to confer and develop a proposed discovery plan.

3. The parties shall have until July 1, 2006 to file a Joint Status Report.

4. The Status (pretrial scheduling) Conference will be set by the Court for a date following the filing of the Joint Status Report.

Dated:  3/9/2006

DAVID F. LEVI
United States District Judge

-2-
STIPULATION & ORDER -- 2:05-CV-02533-DFL-KJM

PDF created with pdfFactory trial version www.pdffactory.com