1 | MARK S. POSARD (SBN 208790)
GORDON & REES LLP
2 | Embarcadero Center West
275 Battery Street, Suite 2000
3 | San Francisco, CA 94111
(415) 986-5900
4 | (415) 986-8054

5 | Attorneys For Defendant
SACRAMENTO CITY UNIFIED
6 | SCHOOL DISTRICT, MARY GREESON and
ANTONIO MEDRANO

7

8 |                    UNITED STATES DISTRICT COURT

9 |                  EASTERN DISTRICT OF CALIFORNIA

10 | THERESA LOPEZ, *et al.*,              )   CASE NO. 2:05-CV-02533-DFL-KJM
                                        )
11 |                     Plaintiffs,     )
                                        )   **STIPULATION & ORDER TO ELECT**
12 |            vs.                      )   **REFERRAL OF ACTION TO**
                                        )   **VOLUNTARY DISPUTE RESOLUTION**
13 | SACRAMENTO CITY UNIFIED SCHOOL      )   **PROGRAM (VDRP) PURSUANT TO**
    DISTRICT, *et al.*                  )   **LOCAL RULE 16-271**
14 |                                     )
                                        )
15 |                     Defendants.     )
    _____)

16 |        Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled

17 | action to the Voluntary Dispute Resolution Program.

18 | Dated:  March 27, 2006              KNUDTSON & NUTTER, LLP

19 |                                     By: /s/  *Gigi Knudtson*
                                        GIGI KNUDTSON
20 |                                     Attorneys for Plaintiffs

21

22 | Dated:  March 27, 2006              GORDON & REES, LLP

23 |                                     By: /s/  *Mark S. Posard*
                                        MARK S. POSARD
24 |                                     Attorneys for Defendants
                                        SACRAMENTO CITY UNIFIED
25 |                                     SCHOOL DISTRICT, MARY GREESON and
                                        ANTONIO MEDRANO

26 | **IT IS SO ORDERED.**

27 | Dated:  May 3, 2006                 /s/ David F. Levi
                                        United States District Court Judge
28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111