MICHAEL A. LAURENSON (SBN 190023)
MARK S. POSARD (SBN 208790)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054

Attorneys For Defendant
SACRAMENTO CITY UNIFIED
SCHOOL DISTRICT, MARY GREESON and
ANTONIO MEDRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THERESA LOPEZ, *et al.*, | ) | CASE NO. 2:05-CV-02533-DFL-KJM |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | **STIPULATION & ORDER RE: JOINT STATUS REPORT AND PRETRIAL SCHEDULING CONFERENCE** |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, *et al.* | ) | |
| Defendants. | ) | |

WHEREAS counsel are in the process of meeting and conferring about the Complaint in order to avoid unnecessary discovery and motion practice; and,

WHEREAS based on said meet and confer efforts plaintiffs and defendants are actively engaged in settlement negotiations (and defendants made an FRCP Rule 68 Offer to plaintiffs); and,

WHEREAS the Court has not yet issued a Pretrial Scheduling Order and both parties respectfully seek time before such issuance and before FRCP Rule 26 disclosures are required, to continue settlement negotiations and VDRP;

WHEREAS the parties have entered into Court-sponsored VDRP and are working with a VDRP Administrator in an effort to settle this matter;

\\\

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their attorneys, that both parties shall not be required to prepare a Joint Status Report or participate in FRCP Rule 26 disclosures to enable both parties to continue settlement efforts.

Dated: July 5, 2006      KNUDTSON & NUTTER, LLP

By: /s/ *Maureen Nutter*
MAUREEN NUTTER
Attorneys for Plaintiffs

Dated: July 5, 2006      GORDON & REES, LLP

By: /s/ *Mark S. Posard*
MARK S. POSARD
Attorneys for Defendants
SACRAMENTO CITY UNIFIED
SCHOOL DISTRICT, MARY GREESON and
ANTONIO MEDRANO

Good cause appearing therefore based on the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. The parties shall have until October 1, 2006 to confer and develop a proposed discovery plan.

3. The parties shall have until November 1, 2006 to file a Joint Status Report.

4. The Status (pretrial scheduling) Conference will be set by the Court for a date following the filing of the Joint Status Report.


Dated: July 7, 2006      /s/ David F. Levi
United States District Court Judge