1  MAUREEN E. NUTTER (SBN 191951)
   GIGI M. KNUDTSON (SBN 114993)
2  **KNUDTSON & NUTTER LLP**
   Attorneys at Law
3  1620 Lead Hill Blvd., Suite 100
   Roseville, California 95661
4  Telephone: (916) 797-4300
   Facsimile: (916) 797-7404
5
   Attorneys for Petitioners THERESA LOPEZ, a minor,
6  by her next friend and Parent, CATINA THOMAS; and
   KENDRA HARRIS, a minor, by her next friend and Parent,
7  TASHA DAVIS-INGRAM

**FILED**

OCT 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10
11  **THERESA LOPEZ**, by her next friend and           CASE NO.: **2:05-CV-02533-DFL-KJM**
    Parent, CATINA THOMAS, and **KENDRA**
    **HARRIS**, a minor, by her next friend and
12  Parent, Tasha Davis-Ingram,                          STIPULATION AND ORDER RE ORDER
                                                         SHORTENING TIME FOR HEARING OF
13                  Petitioners,                         PETITION TO APPROVE COMPROMISE
                                                         OF PENDING ACTION ON BEHALF OF
14         v.                                            THE MINOR PETITIONER CHILDREN,
                                                         THERESA LOPEZ AND KENDRA HARRIS
15  SACRAMENTO CITY UNIFIED SCHOOL
    DISTRICT; ETHEL PHILLIPS ELEMENTARY
16  SCHOOL,
                   Defendants.
17

18         WHEREAS, the parties hereto and counsel reached settlement through Voluntary Dispute

19  Resolution Program mediation on August 10, 2006; and

20         WHEREAS, counsel has reviewed and approved the terms and conditions of the Petition to

21  Approve Compromise of Pending Action on behalf of the minor petitioner children, Theresa Lopez

22  and Kendra Harris; and

23         WHEREAS, the parties hereto, through their respective counsel, respectively request that

24  the court issue an order shortening time for hearing of the Petition to Approve Compromise of

25  Pending Action on behalf of the minor petitioner children, Theresa Lopez and Kendra Harris

26  ///

27  ///

28  ///

- 1 -
**STIPULATION AND ORDER SHORTENING TIME**

Knudtson & Nutter LLP
1620 LEAD HILL BOULEVARD, SUITE 100
ROSEVILLE, CALIFORNIA 95661
(916) 797-4300 TELEPHONE
(916) 797-7404 FACSIMILE

Oct-09-06   11:43am  From-GORDON & REES 2                            415 986 8054         T-091  P 003/003  F-107
Case 2:05-cv-02533-DFL-KJM   Document 36   Filed 10/12/06   Page 2 of 2
Case 2:05-cv-02533-DFL-KJM   Document 33   Filed 10/10/2006   Page 2 of 2

1

Dated: October 6, 2006                    KNUDTSON & NUTTER LLP

2

3

4        By _____
         GIGI M. KNUDTSON
5        Attorneys for Petitioners THERESA LOPEZ, a minor,
         by her next friend and Parent, CATINA THOMAS; and
6        KENDRA HARRIS, a minor, by her next friend and
         Parent, TASHA DAVIS-INGRAM

7

8                                          GORDON & REES LLP

9

10       By _____
         MARK POSARD
11       Attorney for Defendants
         SACRAMENTO CITY UNIFIED SCHOOL
12       DISTRICT, MARY GREESON and
         ANTONIO MEDRANO

13

14                                         ORDER

15       Good Cause appearing therefore based on the above stipulation of the parties, IT IS

16   HEREBY ORDERED that hearing on the Petition to Approve Compromise of Pending Action on

17   behalf of the minor petitioner children, Theresa Lopez and Kendra Harris shall be heard on

18   October 20, 2006 at 1:30 AM/PM before the Honorable DAVID F. LEVI in

19   Department 7.

20

21   DATED: 10/10/2006.                    _____

22                                         DAVID F. LEVI
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28