MAUREEN E. NUTTER (SBN 191951)
GIGI M. KNUDTSON (SBN 114993)
**KNUDTSON & NUTTER LLP**
Attorneys at Law
1620 Lead Hill Blvd., Suite 100
Roseville, California 95661
Telephone: (916) 797-4300
Facsimile: (916) 797-7404

Attorneys for Plaintiffs
THERESA LOPEZ, a minor,
by her next friend and Parent,
CATINA THOMAS; and
KENDRA HARRIS, a minor,
by her next friend and Parent,
TASHA DAVIS-INGRAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESA LOPEZ**, by her next friend and Parent, Catina Thomas, and **KENDRA HARRIS**, a minor, by her next friend and Parent, Tasha Davis-Ingram,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; ETHEL PHILLIPS ELEMENTARY SCHOOL; MARY GREESON, individually and in her official capacity as School Principal; ANTONIO MEDRANO, individually and in his official capacity as School Vice Principal,<br><br>Defendants. | CASE NO.: 2:05-CV-02533-DFL-KJM<br><br>**ORDER APPROVING PETITION TO APPROVE COMPROMISE OF PENDING ACTION FOR MINOR AS TO THE MINOR CHILD, THERESA LOPEZ**<br><br>Hearing:   10/20/06<br>Time:       1:30 PM<br>Dept.:       7 |

Plaintiff **THERESA LOPEZ**, by her next friend and parent, CATINA THOMAS, (hereinafter "Plaintiff") petitioned the above-entitled court for approval of a proposed disposition of the proceeds of a settlement for a minor. Hearing of the Petition to Approve Compromise of Pending Action on behalf of the minor child, THERESA LOPEZ was heard by this court on October 20, 2006, in Department 7, before the HONORABLE DAVID F. LEVI, presiding.

Having considered all the evidence set forth in the papers submitted in support herein, and the Petition to Approve Compromise of Pending Action on behalf of the minor child, THERESA LOPEZ, being unopposed, the Court finds that all notices required by law have been given and

PDF created with pdfFactory trial version www.pdffactory.com

ORDERS AS FOLLOWS:

1. That the Petition to Approve Compromise of Pending Action on behalf of the minor child, THERESA LOPEZ, is hereby approved;

2. The gross amount of the settlement in favor of plaintiff, THERESA LOPEZ, shall be $63,000.00;

3. The payor, SACRAMENTO UNIFIED SCHOOL DISTRICT, shall disburse the proceeds of the settlement approved by this order in the following manner:

(a) <u>Payment of attorney's fees and expenses</u>

Attorney's fees and expenses in the total amount of $25,325.00 shall be paid to plaintiff's attorney, KNUDTSON & NUTTER LLP, which is hereby authorized to be paid out of the proceeds of the settlement;

(b) <u>Balance</u>

The balance of the settlement funds available to Plaintiff, THERESA LOPEZ, after payment of all allowed attorneys fees and expenses shall be $37,675.00.

Dated: 10/24/ 2006

_____
DAVID F. LEVI
United States District Judge

- 2 -
**ORDER APPROVING PETITION TOAPPROVE COMPROMISE OF PENDING ACTION
AS TO THE MINOR CHILD, THERESA LOPEZ**

PDF created with pdfFactory trial version www.pdffactory.com